USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**COMMODITY FUTURES TRADING COMMISSION,**

       **Plaintiff,**

v.

**EDDY ALEXANDRE and EMINIFX, INC.**

       **Defendants.**

Case No.: 22-CV-3822

---

### ORDER GRANTING PLAINTIFF CFTC'S *EX PARTE* MOTION TO UNSEAL THIS ACTION

This matter is before the Court on Plaintiff Commodity Futures Trading Commission's ("CFTC") *Ex Parte* Motion for Leave to Lift Seal on this file and docket. In the Motion, the CFTC moves the Court to lift the seal because the reasons for the seal have been satisfied. Having considered the instant motion, the Court finds that the CFTC has demonstrated that the reasons for requesting the seal have been satisfied and that the seal on the file and court docket should be lifted.

Accordingly, it is now **ORDERED**: Plaintiff Commodity Futures Trading Commission's *Ex Parte* Motion for Leave to Lift the Seal on this case and Docket is **GRANTED.** Records Management is hereby directed to upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

Date: May 12, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**