UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : : : : | Case No. 1:22-CV-03822-VEC |
| Plaintiff, | : : : | Assigned to: Judge Valerie E. Caproni |
| v. | : : | **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| EDDY ALEXANDRE and EMINIFX, INC., | : : : | |
| Defendants. | : : | |

---

I, Kathy Bazoian Phelps, declare as follows:

1. I am a Partner with the firm of Raines Feldman LLP, Counsel for David A. Castleman, Receiver in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this Declaration pursuant to Rule 1.3 of the Civil Rules for the Southern District of New York, in support of my Motion for Admission Pro Hac Vice.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the California Supreme Court and have never been convicted of a felony, censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

I declare under the laws of the United States that the foregoing is true and correct.

Dated: May 24, 2022

_____
KATHY BAZOIAN PHELPS



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KATHY BAZOIAN PHELPS

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify KATHY BAZOIAN PHELPS #155564, was on the 16th day of December, 1991 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of May 23rd, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Florentino Jimenez, Assistant Deputy Clerk*