USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
COMMODITY FUTURE TRADING COMMISSION, :
:
                                Plaintiff, :          22-CV-3822 (VEC)
:
       -against- :          ORDER
:
EDDY ALEXANDRE, EMINIFX, INC., :
:
                              Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Plaintiff's application for a preliminary injunction is currently scheduled for Tuesday, June 7, 2022 at 1:00 P.M., Dkt. 31; and

WHEREAS the parties indicated that they were negotiating a consent preliminary injunction in lieu of a contested hearing, *id*.

IT IS HEREBY ORDERED that by no later than **Friday, June 3, 2022 at 12:00 P.M.**, the parties must file the proposed consent preliminary injunction, were they to agree upon one. If the parties are unable to agree, Plaintiff must file a proposed preliminary injunction by no later than **Friday, June 3, 2022 at 5:00 P.M.** Any response by Defendants is due no later than **Monday, June 6, 2022 at 5:00 P.M.**

**SO ORDERED.**

**Date:  June 1, 2022**
        **New York, NY**
                                        **VALERIE CAPRONI**
                                        **United States District Judge**