

**U.S. COMMODITY FUTURES TRADING COMMISSION**

77 W. Jackson Blvd, Suite 800
Chicago, Illinois 60604
Telephone: (312) 596-0663

Division of
Enforcement

June 14, 2022

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

    Re:  *CFTC v. Alexandre, et al.*, No. 22-cv-3822

Dear Judge Caproni:

    Plaintiff Commodity Futures Trading Commission ("Commission"), and Defendants Eddy Alexandre and EminiFX, Inc. ("EminiFX") jointly move the Court to enter a consent order for preliminary injunction.  The consent order, agreed to by the parties, is attached hereto as Exhibit A.  A Word version of the consent order will be sent to the Court's proposed order inbox.

    Sincerely,

    COMMODITY FUTURES TRADING
    COMMISSION

    /s/ Douglas Snodgrass

    Douglas Snodgrass
    U.S. Commodity Futures Trading Commission
    Division of Enforcement
    77 W Jackson Blvd, Suite 800
    Chicago, Illinois 60604
    (312) 596-0663 (Snodgrass)
    dsnodgrass@cftc.gov
    *Attorney for Plaintiff Commodity Futures Trading Commission*

cc: Counsel of record (via ECF)