RECEIVED
SDNY PRO SE OFFICE

2022 AUG -9 PM 2: 36

Chantale Poulard
710 Euston Ave S
Lehigh Acres, FL,33974
(239) 692 7362

August 8th, 2022

Hon. Valerie E. Caproni
United Sates District Judge
Southern District of New York
40 Foley Square
New York NY 1000

Re:   CFTC v. Alexandre Eddy and EMINIFX, Inc. No. 22 Civ. 3822 (VEC)
Emergency Request to reconsider the Approval for Payment of Fees and Expenses – May/June 2022

Dear Honorable Caproni,

My name is Chantale Poulard. I am an investor of EMINIFX, whose funds are included in the estates. I am an Assistant Administrative and currently working as a Loaner Inspector at one of the "100 Best Place to Work" Manufacturing Companies. I am a single mom, working hard for my money. I am from Haiti and I live in Lehigh Acres, Florida, with my family.

On August 4, 2022, the receiver for the Eminifx Estate, David A. Castleman, submitted a request for payment of fees and Expenses for the period covering the months of May and June for a total of $996,290.66 from the EminixFX Estates funds. My letter is to oppose the foregoing request by the receiver and to request that you reconsider the order that you approved on August 5, 2022. I find the expenses and fees of about 1 million to be exorbitant for 2 reasons:
1) The general description of works mentioned do not commensurate with the fees and
2) The value preservation of the estate or lack thereof resulting from the work of the receivership does not justify the undue financial burdens the receivership seeks to impose on the Estates unfairly. As a stakeholder funds, although the receiver reports to you as a Judge, I stand to incur great financial losses which may be irreversible if the receiver has blanket powers to deplete any portion or all the funds without a chance to review the accuracy of the fees and expenses request for the sake of check and balance.
I am requesting that you reconsider the approval of the request and grant me 14 days to produce cause for my opposition to the request made by the receiver for the following reasons:

1- To allow sufficient time to review the expense request as it was filed on August 4 and became available on the docket on August 5, which is Friday and before the weekend. It was filed therefor unfeasible for me as a stakeholder to be afforded sufficient time to submit my opposition to this foregoing request in time.
2- Due to technically involved, I would like to have a chance to review the expenses with a qualified attorney and if necessary financial professionals to make the necessary assessment.

In addition to the reasons mentioned above, I would like to point out that the receiver has no effective two-way communication line, whereas no dedicated email, phone or in-person medium have been established for the members of EminiFX with the receiver, outside a website that only contains the same docket data from the public domain. This situation creates an opaque operation controlled solely by the receiver that renders it difficult, if not possible, for the members of EminiFX and primary stakeholders in the EminiFX Estate, who are estimated to be 62,0000 to even get in touch with the receiver to inquire about the works he is doing for the funds, to which we are beneficiaries.

Wherefore, I, Chantale Poulard, come before you to pray on the court to grant my request to reconsider your approval of the foregoing expense request submitted by the receiver and to grant me 14 days, to allow me sufficient time to review the receiver's request with proper legal assistance and show cause.

Respectfully,

Chantale Poulard

*[signature]* 02.08.2022.



```
ORIGIN ID:FMYA   (800) 934-4404        SHIP DATE: 08AUG22
                                       ACTWGT: 0.10 LB
ARTHREX LOGISTICS CENTER               CAD: 251955512/WSXI3300
14550 PLANTATION RD                    DIMS: 13x9x1 IN

FORT MYERS, FL 33912                   BILL SENDER
UNITED STATES US
TO  VALERIE E. CAPRONI
    PRO SE INTAKE UNIT
    500 PEARL ST RM 200
    USA SOUTHERN DISTRICT COURT OF NY
    NEW YORK NY 10007
(212) 805-0175              REF 0100097652
INV                                    DEPT
PO POM
```



```
                    TUE - 09 AUG 10:30A
TRK#  2765 2878 4568    PRIORITY OVERNIGHT
0201
                                  10007
XE PCTA                  NY-US   EWR
```

HU:1011255099