*A Legal Tradition Since 1942*

# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

**ATTORNEYS AT LAW**
**200 GARDEN CITY PLAZA**
**GARDEN CITY, NY 11530**
(516) 747-6700

www.KirschenbaumEsq.com

SAMUEL KIRSCHENBAUM
1920-2013

**Of Counsel**
DENNIS M. STERN

KENNETH KIRSCHENBAUM*
JENNIFER A. KIRSCHENBAUM
STEVEN B. SHEINWALD
STACY SPECTOR

JODI L. PERLMAN
KIERAN X. BASTIBLE
MAUREEN T. BEIL
SAMUEL C. ATLAS**
SCOTT T. DILLON
VIOLETTA FATTAKHOVA
CLORISSA V. WINTERS
DANIEL A. SHAFER

ADMITTED
*NY & FL
**NY & NJ

Writer's Direct Ext.: 318
Sdillon@KirschenbaumEsq.com

September 6, 2022

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *CFTC v. Alexandre and EminiFX, Inc.*, 22 Civ. 3822 (VEC)

Dear Judge Caproni:

This firm represents Christopher Beil and Maureen Beil. We write to advise the Court that in full compliance with Your Honor's Order of September 2, 2022 [ECF Doc. No. 159], on September 6, 2022, the Beils withdrew the arbitration action pending before Arbitration Services, Inc., styled *Christopher Beil and Maureen Beil v. Eddy Alexandre and Alexandre Estate, LLC*, identified under Case No. 2022130. A true and accurate copy of the Notice of Discontinuance, Without Prejudice, is annexed hereto. We note that we filed a copy of Your Honor's Order with Arbitration Services, Inc., in an abundance of caution.

Very truly yours,

/s/ Scott T. Dillon

Scott T. Dillon

SD/dh
Cc: Counsel of record (via ECF)

ARBITRATION SERVICES, INC.
-----------------------------------------------------------------------X
CHRISTOPHER BEIL and MAUREEN BEIL,                    Case No. 2022130

                Petitioners,                                    **NOTICE OF**
                                                                  **DISCONTINUANCE**
- against -                                                            **WITHOUT PREJUDICE**

EDDY ALEXANDRE and ALEXANDRE ESTATE LLC,

                Respondents.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that Petitioners hereby discontinues this proceeding against Respondent without prejudice.

Dated: Garden City, New York
       September 6, 2022

                                                KIRSCHENBAUM & KIRSCHENBAUM, P.C.
                                                Attorneys for Petitioner

                                                By: _____
                                                    Scott Dillon, Esq.
                                                    200 Garden City Plaza, Suite 315
                                                    Garden City, NY 11530
                                                    (516) 747-6700 Ext. 318

To:

Eddy Alexandre                                        David Castleman
15 Avondale Street                                    Raines Feldman LLP
Valley Stream, NY 11581                               1350 Avenue of the Americas, 22nd Floor
                                             New York, NY 10019

Alexandre Estate LLC
c/o Jason B. Steinberg, Esq.
825 East Gate Boulevard, Suite 210
Garden City, NY 11530

Eddy Alexandre and
Alexandre Estate LLC
c/o Emil Bove, Esq.
Chiesa, Shahinian & Giantomas P.C.
11 Times Square, 34th Floor
New York, NY 10036

ARBITRATION SERVICES, INC.
-----------------------------------------------------------------X
CHRISTOPHER BEIL and MAUREEN BEIL,                Case No. 2022130

              Petitioners,                **AFFIDAVIT OF SERVICE**

   - against -

EDDY ALEXANDRE and ALEXANDRE ESTATE LLC,

             Respondents.
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NASSAU  )

      KATHLEEN LAMPERT, duly sworn, deposes and says:
      I am not a party to this action, am over 18 years of age, and reside in Seaford, New York.
      On September 6, 2022, I served one true and accurate copy of the annexed **NOTICE OF DISCONTINUANCE WITHOUT PREJUDICE** on each party at each address listed below:

      Service was made by first class mail by depositing same in a sealed envelope, with postage paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York designated for that purpose, addressed to the following:

Eddy Alexandre
15 Avondale Street
Valley Stream, NY 11581

Alexandre Estate LLC
c/o Jason B. Steinberg, Esq.
825 East Gate Boulevard, Suite 210
Garden City, NY 11530

Eddy Alexandre and
Alexandre Estate LLC
c/o Emil Bove, Esq.
Chiesa, Shahinian & Giantomas P.C.
11 Times Square, 34th Floor
New York, NY 10036

David Castleman
Raines Feldman LLP
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019

                                                 _____
                                                       KATHLEEN LAMPERT

Sworn to before me on 9/6/22

WENDY L GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6355714
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 13, 2025