**MEMO ENDORSED**

Case 1:22-cv-03822-VEC   Document 211   Filed 06/30/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING COMMISSION,

                Plaintiff,               22 Civ.3822 (VEC)

-against-

EDDY ALEXANDRE and
EMINIFX, INC.,

                Defendants.
_____/

**NOTICE OF WITHDRAWAL OF MOTION**
**TO INTERVENE AND TO LIFT THE ANTI-LITIGATION INJUNCTION**

To: All Parties of Record and their Counsels.

    **PLEASE TAKE NOTI**CE that the Plaintiffs in *Lorfils Joseph, et. al., v General Conference Corporation of 7th Day Adventist*, et. al., 22 CV 3822 filed in the Southern District of Florida, by and through the undersigned counsel, J. Wil Morris of Morris Legal, LLC have elected to withdraw their motion to intervene, and to lift the Anti-Litigation injunction in the above-entitled matter. This withdrawal is without prejudice to renew the motion should it becomes necessary.

Date: June 30, 2023

Application GRANTED. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 203.
SO ORDERED.

*Valerie Caproni*    06/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

/s/. J. Wil Morris
J. WIL MORRIS
Morris Legal, LLC
Bar No.: JM8728
2800 Biscayne Blvd, Suite 530
Miami, Florida 33137
Email: wilm@morrislegalfla.com
Telephone: 305-444-3437
Facsimile: 305-444-3457

**CERTIFICATE OF SERVICE**

I, Wil Morris, Esquire, affirm that on June 30, 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal of the Motion to Intervene and to lift the anti-litigation injunction to be served on Emil Bove, Attorney for Eddy Alexandre, and Erik Weinick, attorney for David Castleman, the appointed EminiFX Receiver via ECF.

                                                    Respectfully,
                                                    /s/ J Wil Morris
                                                    J. Wil Morris, Esquire