**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/22/2024

22-cv-3822

**EMINIFX INVESTORS'**

**MOTION TO INTERVENE**

> Any response to the Eminifx investors' motion is due not later than **Friday, February 2, 2024**. Any reply in support of the Eminifx investors' motion is due not later than **Friday, February 9, 2024**.
>
> The Eminifx investors are encouraged to consent to receive filings in this case electronically, as set forth on the Court's website: https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.
>
> The Clerk of Court is respectfully directed to mail a copy of this Order to Pierre Acluche, 905 Hines Ave., Lehigh Acres, FL 33972.
>
> SO ORDERED.
>
> *[signature]* 01/22/2024
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE