```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
COMMODITY FUTURES TRADING                                          :
COMMISSION,                                                        :
                                                                   :
                                                                   :   22-CV-3822 (VEC)
                                              Plaintiff,           :
                                                                   :   ORDER
                  -against-                                        :
                                                                   :
                                                                   :
EDDY ALEXANDRE and EMINIFX, INC.,                                  :
                                                                   :
                                              Defendants.          :
                                                                   :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 14, 2024, Emil Bove, then-defense counsel for Defendant Eddy Alexandre represented that Mr. Alexandre wished to proceed *pro se*, no longer consented to the CFTC's proposed consent order, and requested to extend the February 16, 2024, deadline to file a responsive pleading by ten days, Dkt. 257;

WHEREAS on February 14, 2024, the Court adjourned *sine die* the Defendants' deadline to file a responsive pleading pending confirmation that Melissa Wernick no longer represented Mr. Alexandre, Dkt. 258; and

WHEREAS on February 20, 2024, Ms. Wernick moved to withdraw as counsel, and the Court granted this request, Dkt. 259–61.

IT IS HEREBY ORDERED that the Defendants' deadline to file a responsive pleading is **March 1, 2024**. The Clerk of Court is respectfully directed to mail a copy of this order to Eddy Alexandre, Reg. No. 00712-510, FCC Allenwood-Low, P.O. Box 1000, White Deer, PA 17887, and to note the mailing on the docket.

2

IT IS FURTHER ORDERED that, not later than **March 1, 2024**, the CFTC must file a letter stating whether EminiFX, Inc. remains a defendant in this case.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to enter Eddy Alexandre's appearance on behalf of himself, and to note in the *pro se* appearance his mailing address of Reg. No. 00712-510, FCC Allenwood-Low, P.O. Box 1000, White Deer, PA 17887.

**SO ORDERED.**

Date:  February 21, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**