```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
COMMODITY FUTURES TRADING                                      :
COMMISSION,                                                    :
                                                               :
                                                               :   22-CV-3822 (VEC)
                              Plaintiff,                       :
                                                               :   ORDER
             -against-                                         :
                                                               :
EDDY ALEXANDRE and EMINIFX, INC.,                              :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 1, 2024, the Receiver requested that the Court authorize him to enter into a settlement agreement with 34th Suites LLC, Dkt. 288;

WHEREAS the Receiver indicated that the CFTC consented to the settlement agreement but that he had not consulted with Mr. Alexandre prior to the filing of the application, *id*.;

WHEREAS on April 2, 2024, the Court ordered Mr. Alexandre to file any response to the motion for approval of a settlement agreement by April 12, 2024, Dkt. 290;

WHEREAS on April 10, 2024, the Receiver filed a letter stating that he had been contacted by Mr. Alexandre via CorrLinks and that Mr. Alexandre told him that he did not consent to the settlement agreement, Dkt. 293;

WHEREAS the Receiver responded to Mr. Alexandre's email and reminded him of the April 12, 2024, deadline, *id*.; and

WHEREAS the Court did not receive a response from Mr. Alexandre by the Court-ordered deadline, including the additional 3 days for mailing pursuant to Federal Rule of Civil Procedure 6(d).

IT IS HEREBY ORDERED that the Receiver is authorized to enter into the Settlement Agreement at Dkt. 288, and the Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Eddy Alexandre, Reg. No. 00712-510, FCC Allenwood-Low, P.O. Box 1000, White Deer, PA 17887, and to note the mailing on the docket.

**SO ORDERED.**

**Date:  April 18, 2024**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**