# EXHIBIT 13

EminiFX, Inc.
**Marked to Market Increases / (Decreases) in EminiFX's Holdings**
*Exhibit 13*

| Week Ending | CashApp | CoinPayments | Interactive Brokers | Gemini | Kot4X | Real Estate | Weekly Increases / (Decreases) in EminiFX Holdings | Cumulative Increases/ (Decreases) in EminiFX Holdings |
|---|---|---|---|---|---|---|---|---|
| 03-Sep-2021 | $ 1,300 | $ - | $ - | $ - | $ - | $ - | $ 1,300 | $ 1,300 |
| 10-Sep-2021 | $ 2,495 | $ - | $ - | $ - | $ - | $ - | $ 1,195 | $ 2,495 |
| 17-Sep-2021 | $ 3,690 | $ - | $ - | $ - | $ - | $ - | $ 1,195 | $ 3,690 |
| 24-Sep-2021 | $ 3,954 | $ 1 | $ - | $ - | $ - | $ - | $ 265 | $ 3,955 |
| 01-Oct-2021 | $ 4,140 | $ 2 | $ - | $ - | $ - | $ - | $ 187 | $ 4,142 |
| 08-Oct-2021 | $ 4,632 | $ 3 | $ - | $ - | $ - | $ - | $ 494 | $ 4,635 |
| 15-Oct-2021 | $ 2,723 | $ 5 | $ - | $ - | $ - | $ - | $ (1,907) | $ 2,728 |
| 22-Oct-2021 | $ 1,532 | $ (173) | $ - | $ 4 | $ - | $ - | $ (1,366) | $ 1,362 |
| 29-Oct-2021 | $ (6,369) | $ 19 | $ - | $ (1,012) | $ - | $ - | $ (8,725) | $ (7,363) |
| 05-Nov-2021 | $ (8,872) | $ (193) | $ - | $ (1,343) | $ - | $ - | $ (3,045) | $ (10,408) |
| 12-Nov-2021 | $ (5,970) | $ 1,041 | $ - | $ (2,129) | $ - | $ - | $ 3,351 | $ (7,057) |
| 19-Nov-2021 | $ (4,553) | $ (6,023) | $ - | $ (5,264) | $ - | $ - | $ (8,783) | $ (15,840) |
| 26-Nov-2021 | $ (6,103) | $ (21,271) | $ - | $ (6,132) | $ - | $ - | $ (17,666) | $ (33,507) |
| 03-Dec-2021 | $ (14,158) | $ (32,222) | $ - | $ (6,330) | $ - | $ - | $ (19,204) | $ (52,711) |
| 10-Dec-2021 | $ (12,379) | $ (95,587) | $ - | $ (6,696) | $ - | $ - | $ (61,951) | $ (114,662) |
| 17-Dec-2021 | $ (3,122) | $ (124,488) | $ - | $ (6,879) | $ - | $ - | $ (19,827) | $ (134,488) |
| 24-Dec-2021 | $ (13,939) | $ (3,104) | $ 5,483 | $ (6,336) | $ - | $ - | $ 116,593 | $ (17,895) |
| 31-Dec-2021 | $ (21,527) | $ (175,495) | $ (45,433) | $ (13,156) | $ - | $ - | $ (237,715) | $ (255,611) |
| 07-Jan-2022 | $ (41,374) | $ (388,586) | $ (404,804) | $ (9,713) | $ - | $ - | $ (588,866) | $ (844,477) |
| 14-Jan-2022 | $ (67,025) | $ (317,027) | $ (915,076) | $ (4,648) | $ - | $ - | $ (459,298) | $ (1,303,775) |
| 21-Jan-2022 | $ (131,841) | $ (712,541) | $ (1,837,429) | $ (18,994) | $ - | $ - | $ (1,397,030) | $ (2,700,805) |
| 28-Jan-2022 | $ (179,896) | $ (616,505) | $ (4,662,904) | $ (26,703) | $ - | $ - | $ (2,785,204) | $ (5,486,009) |
| 04-Feb-2022 | $ (249,709) | $ (283,554) | $ (5,318,165) | $ (22,453) | $ - | $ - | $ (387,872) | $ (5,873,881) |
| 11-Feb-2022 | $ (31,793) | $ (237,272) | $ (5,518,402) | $ (17,451) | $ - | $ - | $ 68,963 | $ (5,804,918) |
| 18-Feb-2022 | $ (49,687) | $ (605,015) | $ (4,581,651) | $ (21,459) | $ - | $ - | $ 547,107 | $ (5,257,811) |
| 25-Feb-2022 | $ (188,512) | $ (630,090) | $ (4,458,233) | $ (31,149) | $ - | $ - | $ (50,173) | $ (5,307,984) |
| 04-Mar-2022 | $ (186,472) | $ (1,082,166) | $ (4,425,355) | $ (35,822) | $ - | $ - | $ (421,831) | $ (5,729,815) |
| 11-Mar-2022 | $ (204,387) | $ (1,333,575) | $ (5,171,467) | $ (41,789) | $ - | $ - | $ (1,021,403) | $ (6,751,218) |
| 18-Mar-2022 | $ (232,143) | $ 411,927 | $ (4,663,303) | $ (38,543) | $ - | $ - | $ 2,229,155 | $ (4,522,063) |
| 25-Mar-2022 | $ (257,759) | $ 2,522,676 | $ (5,300,059) | $ (30,151) | $ - | $ - | $ 1,456,769 | $ (3,065,294) |
| 01-Apr-2022 | $ (275,545) | $ 4,198,878 | $ (5,166,243) | $ (22,789) | $ 8,153 | $ - | $ 1,807,747 | $ (1,257,547) |
| 08-Apr-2022 | $ (297,383) | $ (1,941,609) | $ (5,649,276) | $ (71,416) | $ (35,673) | $ - | $ (6,737,811) | $ (7,995,357) |
| 15-Apr-2022 | $ (326,210) | $ (4,859,430) | $ (5,929,960) | $ (87,365) | $ (42,681) | $ - | $ (3,250,290) | $ (11,245,647) |
| 22-Apr-2022 | $ (360,300) | $ (7,063,132) | $ (6,149,153) | $ (102,744) | $ (61,080) | $ - | $ (2,490,762) | $ (13,736,409) |
| 29-Apr-2022 | $ (394,257) | $ (10,246,352) | $ (6,152,010) | $ (120,912) | $ (86,659) | $ (22,014) | $ (3,285,796) | $ (17,022,204) |
| 06-May-2022 | $ (443,513) | $ (18,390,435) | $ (5,919,225) | $ (155,766) | $ (144,784) | $ (231,011) | $ (8,262,529) | $ (25,284,733) |
| 13-May-2022 | $ (513,154) | $ (40,699,767) | $ (7,257,998) | $ (256,726) | $ (297,689) | $ (368,600) | $ (24,109,202) | $ (49,393,935) |