UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
COMMODITY FUTURE TRADING COMMISSION,

                                         Plaintiff,                  22-CV-3822 (VEC)

            -against-                                <u>ORDER</u>

EDDY ALEXANDRE, EMINIFX, INC.,

                                       Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 1, 2024, the Court received Mr. Alexandre's response to the CFTC and the Receiver's motions to dismiss, which was dated September 23, 2024.  *See* Dkt. 400.

IT IS HEREBY ORDERED that Mr. Alexandre's opposition is accepted as timely *nunc pro tunc*.

IT IS FURTHER ORDERED that replies to Mr. Alexandre's opposition are due **Tuesday, October 15, 2024**.

**SO ORDERED.**

**Date:  October 2, 2024**
        **New York, NY**
                                                      **VALERIE CAPRONI
                                                      United States District Judge**