Pierre Acluche

905 Hines Ave

Lehigh Acres, Fl 33972

pmacluche@gmail.com

(239) 297-6209

Monday, January 27, 2025

Honorable: Valerie E Caproni

United District Court Judge

United States District Court for Southern

District of New York

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, Ny 10007

Ref: CFTC v. Alexandre and EminiFX, Inc., No 22 vc 3822

**Dear Judge Caproni,**

    I hope this letter finds you well, and I wish you a happy new year. My name is Pierre Acluche, an investor with EminiFX, Inc. I am writing to respectfully oppose the Court's decision to approve the court-appointed receiver's motion and the distribution plan (Dkt. 431).

    I am compelled to bring this matter to your attention because investors' motions to intervene in this case were denied on three occasions, despite the provisions of Rule 24 of the

Federal Rules of Civil Procedure. This repeated denial has left many of us with no avenue to voice our concerns adequately. Moreover, the receiver appears to have benefited from an unusual degree of judicial protection, supported by numerous ex parte communications (see Dkts. 89, 167, 179, 189, 197, 220, 236, 254, 304, 372, 392, and 420). These actions undermine confidence in the judicial process and could be perceived as an abuse of judiciary discretion.

The expedited approval of the receiver's distribution plan without allowing a response to Eddy Alexandre's answer to the CFTC's motion for summary judgment (Dkt. 428) is troubling. This lack of due process raises significant concerns about fairness and transparency.

It is essential to emphasize that neither the SEC nor the CFTC has jurisdiction over digital assets. SEC Chair Gary Gensler himself acknowledged before Congress that "only Congress" can address the regulation of digital assets. He explicitly stated that "because right now these exchanges trading in these crypto assets do not have a regulatory framework at the SEC'. Additionally, in a July 7, 2021, letter from Senator Elizabeth Warren to Chair Gensler said "as you acknowledged in May" and continued by quoting the chairman "these exchanges do not have a regulatory framework at the Sec or at our sister agency the Commodity Futures Trading Commission". These statements underscore the lack of legal authority for the CFTC's action against Eddy Alexandre and EminiFX, Inc.

The receiver's distribution plan does not serve my interests as an investor. According to the receiver, the funds are available, and I respectfully request the return of my investment in full without further delay.

In light of these issues, I urge the Court to reconsider its decision and dismiss this action with prejudice in the interest of justice. This case merits a thorough review under the law, free from undue influence or procedural shortcuts.

Thank you for your time and attention to this matter. I remain hopeful that the Court will take the necessary steps to ensure a just outcome.

**Respectfully submitted,**

Pierre Acluche

EminiFX Investor