# Exhibit 1

## Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): Cash General Ledger - 2024 All

| Category | Type | Detail | Dkt | Asset Pool | Amount (USD) | Date | Balance (USD) |
|---|---|---|---|---|---|---|---|
| | | | | Balance on 1/1/2024:* | | | $154,216,779.22 |
| Operations | Expenses | Rent | 91 | General Receivership | ($198.02) | 01/08/2024 | $154,216,581.20 |
| Recovery | Liquidation | Vehicles | 91 | General Receivership | ($5,000.00) | 01/18/2024 | $154,211,581.20 |
| Operations | Expenses | Claims/Notice | 245 | General Receivership | ($25,000.00) | 01/18/2024 | $154,186,581.20 |
| Operations | Expenses | Misc | 249 | General Receivership | ($61.63) | 01/30/2024 | $154,186,519.57 |
| Operations | Income | Interest | | General Receivership | $314,949.42 | 01/31/2024 | $154,501,468.99 |
| Operations | Income | Interest | | Alexandre Assets | $25,792.36 | 01/31/2024 | $154,527,261.35 |
| Operations | Income | Interest | | General Receivership | $318.64 | 01/31/2024 | $154,527,579.99 |
| Operations | Income | Interest | | General Receivership | $64,450.35 | 01/31/2024 | $154,592,030.34 |
| Operations | Expenses | Professional Fees | 255 | General Receivership | ($72,864.00) | 02/09/2024 | $154,519,166.34 |
| Operations | Expenses | Professional Fees | 255 | General Receivership | ($551,338.90) | 02/09/2024 | $153,967,827.44 |
| Operations | Expenses | Professional Fees | 255 | General Receivership | ($204,052.00) | 02/09/2024 | $153,763,775.44 |
| Operations | Expenses | Professional Fees | 255 | General Receivership | ($43,674.71) | 02/09/2024 | $153,720,100.73 |
| Operations | Expenses | Professional Fees | 255 | General Receivership | ($223,678.00) | 02/09/2024 | $153,496,422.73 |
| Operations | Retainers | Retainer | 47/255 | General Receivership | $25,000.00 | 02/09/2024 | $153,521,422.73 |
| Operations | Expenses | Professional Fees | 47/255 | General Receivership | ($25,000.00) | 02/09/2024 | $153,496,422.73 |
| Operations | Expenses | Prof Expenses | 255 | General Receivership | ($196.35) | 02/09/2024 | $153,496,226.38 |
| Operations | Expenses | Prof Expenses | 255 | General Receivership | ($11,365.10) | 02/09/2024 | $153,484,861.28 |
| Operations | Expenses | Prof Expenses | 255 | General Receivership | ($9.73) | 02/09/2024 | $153,484,851.55 |
| Operations | Expenses | Prof Expenses | 255 | General Receivership | ($44,153.82) | 02/09/2024 | $153,440,697.73 |
| Operations | Expenses | Claims/Notice | 245 | General Receivership | ($25,000.00) | 02/09/2024 | $153,415,697.73 |
| Operations | Expenses | Rent | 91 | General Receivership | ($25.00) | 02/12/2024 | $153,415,672.73 |
| Recovery | Liquidation | Bitcoin | 249 | General Receivership | ($251,555.37) | 02/12/2024 | $153,164,117.36 |
| Operations | Income | Interest | | General Receivership | $292,988.10 | 02/29/2024 | $153,457,105.46 |
| Operations | Income | Interest | | Alexandre Assets | $24,194.76 | 02/29/2024 | $153,481,300.22 |
| Operations | Income | Interest | | General Receivership | $298.87 | 02/29/2024 | $153,481,599.09 |
| Operations | Income | Interest | | General Receivership | $60,447.00 | 02/29/2024 | $153,542,046.09 |
| Recovery | Turnover | Cash | | General Receivership | $2,880.00 | 03/04/2024 | $153,544,926.09 |
| Operations | Income | Interest | | General Receivership | $312,732.19 | 03/29/2024 | $153,857,658.28 |
| Operations | Income | Interest | | Alexandre Assets | $25,929.96 | 03/29/2024 | $153,883,588.24 |
| Operations | Income | Interest | | General Receivership | $320.27 | 03/29/2024 | $153,883,908.51 |
| Operations | Income | Interest | | General Receivership | $64,770.89 | 03/29/2024 | $153,948,679.40 |
| Operations | Expenses | Rent | 91 | General Receivership | $176.17 | 04/05/2024 | $153,948,855.57 |
| Operations | Retainers | Taxes | SRO-31m | General Receivership | ($25,000.00) | 04/09/2024 | $153,923,855.57 |

\* Adjusted by $204.63 due to correction to interest reported in the statements of one of the Receivership bank accounts

## Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): Cash General Ledger - 2024 All

| Category | Type | Detail | Dkt | Asset Pool | Amount (USD) | Date | Balance (USD) |
|---|---|---|---|---|---|---|---|
| Operations | Income | Misc Deposit | 298 | General Receivership | ($90,376.06) | 04/25/2024 | $153,833,479.51 |
| Operations | Income | Interest | | General Receivership | $302,514.31 | 04/30/2024 | $154,135,993.82 |
| Operations | Income | Interest | | Alexandre Assets | $25,162.59 | 04/30/2024 | $154,161,156.41 |
| Operations | Income | Interest | | General Receivership | $310.76 | 04/30/2024 | $154,161,467.17 |
| Operations | Income | Interest | | General Receivership | $62,842.37 | 04/30/2024 | $154,224,309.54 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($89,470.00) | 05/09/2024 | $154,134,839.54 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($667,990.35) | 05/09/2024 | $153,466,849.19 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($500,156.00) | 05/09/2024 | $152,966,693.19 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($44,448.00) | 05/09/2024 | $152,922,245.19 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($29,967.61) | 05/09/2024 | $152,892,277.58 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($208,563.50) | 05/09/2024 | $152,683,714.08 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($99.60) | 05/09/2024 | $152,683,614.48 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($18,159.58) | 05/09/2024 | $152,665,454.90 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($2,222.00) | 05/09/2024 | $152,663,232.90 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($18.85) | 05/09/2024 | $152,663,214.05 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($23,278.09) | 05/09/2024 | $152,639,935.96 |
| Operations | Expenses | Professional Fees | 307 | General Receivership | ($34,240.00) | 05/09/2024 | $152,605,695.96 |
| Operations | Expenses | Prof Expenses | 307 | General Receivership | ($1,712.00) | 05/09/2024 | $152,603,983.96 |
| Reallocation | Reallocation | Alexandre Assets | 311 | General Receivership | $9,470,813.35 | 05/09/2024 | $162,074,797.31 |
| Reallocation | Reallocation | Alexandre Assets | 311 | Alexandre Assets | ($9,470,813.35) | 05/09/2024 | $152,603,983.96 |
| Operations | Income | Interest | | General Receivership | $369,623.66 | 05/31/2024 | $152,973,607.62 |
| Operations | Income | Interest | | General Receivership | $321.95 | 05/31/2024 | $152,973,929.57 |
| Operations | Income | Interest | | General Receivership | $16,965.92 | 05/31/2024 | $152,990,895.49 |
| Operations | Income | RE Deposit | 339 | General Receivership | ($160,500.00) | 06/10/2024 | $152,830,395.49 |
| Operations | Income | Interest | | General Receivership | $393,270.65 | 06/28/2024 | $153,223,666.14 |
| Operations | Income | Interest | | General Receivership | $312.39 | 06/30/2024 | $153,223,978.53 |
| Operations | Income | Interest | | General Receivership | $7.09 | 06/30/2024 | $153,223,985.62 |
| Reserves | Reserve | Alexandre (Payroll) | 42/354 | General Receivership | ($54,556.92) | 07/31/2024 | $153,169,428.70 |
| Operations | Expenses | Payroll | 354 | General Receivership | $54,556.92 | 07/31/2024 | $153,223,985.62 |
| Reserves | Reserve | Dieuveuil (Payroll) | 42/354 | General Receivership | ($22,152.03) | 07/31/2024 | $153,201,833.59 |
| Operations | Expenses | Payroll | 354 | General Receivership | $22,152.03 | 07/31/2024 | $153,223,985.62 |
| Operations | Income | Interest | | General Receivership | $407,314.89 | 07/31/2024 | $153,631,300.51 |
| Operations | Income | Interest | | General Receivership | $323.62 | 07/31/2024 | $153,631,624.13 |
| Operations | Income | Interest | | General Receivership | $0.01 | 07/31/2024 | $153,631,624.14 |

**Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): Cash General Ledger - 2024 All**

| Category | Type | Detail | Dkt | Asset Pool | Amount (USD) | Date | Balance (USD) |
|---|---|---|---|---|---|---|---|
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($119,082.50) | 08/21/2024 | $153,512,541.64 |
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($927,154.93) | 08/21/2024 | $152,585,386.71 |
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($306,356.50) | 08/21/2024 | $152,279,030.21 |
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($15,880.00) | 08/21/2024 | $152,263,150.21 |
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($871.25) | 08/21/2024 | $152,262,278.96 |
| Operations | Expenses | Professional Fees | 385 | General Receivership | ($153,766.50) | 08/21/2024 | $152,108,512.46 |
| Operations | Expenses | Prof Expenses | 385 | General Receivership | ($14,127.20) | 08/21/2024 | $152,094,385.26 |
| Operations | Expenses | Prof Expenses | 385 | General Receivership | ($794.00) | 08/21/2024 | $152,093,591.26 |
| Operations | Expenses | Prof Expenses | 385 | General Receivership | ($5,376.83) | 08/21/2024 | $152,088,214.43 |
| Operations | Income | Interest | | General Receivership | $406,948.08 | 08/31/2024 | $152,495,162.51 |
| Operations | Income | Interest | | General Receivership | $324.49 | 08/31/2024 | $152,495,487.00 |
| Operations | Income | Interest | | General Receivership | $388,205.79 | 09/30/2024 | $152,883,692.79 |
| Operations | Income | Interest | | General Receivership | $293.05 | 09/30/2024 | $152,883,985.84 |
| Operations | Income | Interest | | General Receivership | $354,811.32 | 10/31/2024 | $153,238,797.16 |
| Operations | Income | Interest | | General Receivership | $274.03 | 10/31/2024 | $153,239,071.19 |
| Operations | Expenses | Claims/Notice | 228 | General Receivership | ($3,500.00) | 11/26/2024 | $153,235,571.19 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($228,907.50) | 11/27/2024 | $153,006,663.69 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($1,140,665.15) | 11/27/2024 | $151,865,998.54 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($430,503.50) | 11/27/2024 | $151,435,495.04 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($38,928.00) | 11/27/2024 | $151,396,567.04 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($11,194.50) | 11/27/2024 | $151,385,372.54 |
| Operations | Expenses | Professional Fees | 424 | General Receivership | ($203,718.00) | 11/27/2024 | $151,181,654.54 |
| Operations | Expenses | Prof Expenses | 424 | General Receivership | ($16,149.49) | 11/27/2024 | $151,165,505.05 |
| Operations | Expenses | Prof Expenses | 424 | General Receivership | ($1,946.00) | 11/27/2024 | $151,163,559.05 |
| Operations | Expenses | Prof Expenses | 424 | General Receivership | ($30,203.69) | 11/27/2024 | $151,133,355.36 |
| Operations | Income | Interest | | General Receivership | $343,376.98 | 11/29/2024 | $151,476,732.34 |
| Operations | Income | Interest | | General Receivership | $246.41 | 11/29/2024 | $151,476,978.75 |
| Operations | Retainers | Taxes | SRO-31m | General Receivership | $24,918.51 | 12/13/2024 | $151,501,897.26 |
| Taxes | Federal | QSF | SRO-31m | General Receivership | ($24,918.51) | 12/13/2024 | $151,476,978.75 |
| Operations | Retainers | Taxes | SRO-31m | General Receivership | $81.49 | 12/13/2024 | $151,477,060.24 |
| Operations | Income | Interest | | General Receivership | $335,495.05 | 12/31/2024 | $151,812,555.29 |
| Operations | Income | Interest | | General Receivership | $237.21 | 12/31/2024 | $151,812,792.50 |