# Exhibit 2

**Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): 2024 Annual Balance Sheet**

| Assets [1] | FY2024 | FY2023 | Difference |
|---|---:|---:|---:|
| Cash and Cash Equivalents | $ 151,812,793 | $ 154,140,070 | $ (2,327,277) |
| Unused Retainers | $ - | $ 25,000 | $ (25,000) |
| Litigation and Other Claims [2] | *To be determined* | | |
| **Total Assets** | **$ 151,812,793** | **$ 154,165,070** | **$ (2,352,277)** |
| **Liabilities** | | | |
| Professional Fees and Expenses for Work Performed but not Paid in Period [3] | $ 1,299,317 | $ 1,212,285 | $ 87,032 |
| Tax Liabilities [4] | *To be determined* | | |
| Non-User Claim | $ 249,750 | $ - | $ 249,750 |
| Receivership Refund Claims - Preliminary Value [5] | $ 227,947,789 | $ - | $ 227,947,789 |
| **Total Liabilities** | **$ 229,496,856** | **$ 1,212,285** | **$ 228,284,571** |
| **Receivership Net Asset Value** | **$ (77,684,063)** | **$ 152,952,785** | **$ (230,636,848)** |

**Notes**

[1] All assets and liabilites as of December 31, 2024. These statements are unaudited and not in accordance with generally accepted accounting principles in the United States (GAAP) and should not be considered in isolation from or as a replacement for the most directly comparable GAAP financial measures.

[2] The estate may have significant litigation and other claims based on the pre-receivership activities of EminiFX, Inc. and third-parties. The Receiver has not attempted to value those claims for the purpose of this balance sheet.

[3] Fees and expenses to be requested from the Court for work performed in the Fourth Quarter 2024, pending approval or modification by the Court.

[4] The tax obligation of the estate for the pre-receivership activities of EminiFX, Inc. was not yet determined as of the end of 2024. As of January 2025, those liabilities were determined to be zero, which will be reflected on a tax return to be filed concurrently with these financial statements or soon thereafter. The Receiver will update this line item in the First Quarter 2025 Balance Sheet.

[5] The value of these claims will not be finalized until a final claims register is completed by the Receiver and submitted to the Court in accordance with the Transaction Verification and Claims Procedure and the Receiver's Distribution Plan. The amount above reflects the net investment (deposits less withdrawals) of the 32,553 investors whose transactions have been fixed by the Receiver as of December 31, 2024. An additional 556 claims, with a net investment value between $8.8 to $14.4 milion, remain disputed or on hold as of December 31, 2024.

**Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): 2024 Annual Income Statement**

| Income [1] | 2024 (Year) | 2024 (4Q Only) | 2023 (Year) |
|---|---:|---:|---:|
| Interest on Accounts | $ 4,596,375 | $ 1,034,441 | $ 4,197,691 |
| Real Estate Deposit Recoveries | $ - | $ - | $ 82,000 |
| Other Recoveries | $ - | $ - | $ 20,100 |
| **Total Income** | **$ 4,596,375** | **$ 1,034,441** | **$ 4,299,791** |
| **Expenses** | | | |
| Administrative Expenses [2] | $ 5,639,385 | $ 1,299,317 | $ 3,682,422 |
| Recapture of Payroll Reserve | $ (76,709) | $ - | $ - |
| QSF Tax Payment (2023) | $ 24,918 | $ 24,918 | |
| Claims Paid - Partial Refunds of Security Deposits [3] | $ 250,876 | $ - | $ - |
| Notice Expenses | $ 50,000 | $ - | |
| Miscellaneous Expenses | $ 3,608 | $ 3,500 | $ 6,360 |
| **Total Expenses** | **$ 5,892,078** | **$ 1,327,735** | **$ 3,688,782** |
| **Receivership Net Income** | **$ (1,295,703)** | **$ (293,294)** | **$ 611,009** |
| Offset for Removal of Encumbrance [3] | $ (841,000) | $ - | $ - |
| Receivership Adjusted Net Income | $ (454,703) | $ (293,294) | $ 611,009 |

**Notes**

[1] Income from October 1 to December 31, 2024 (4Q Only), or from January 1 to December 31, 2024 (Year). These statements are unaudited and not in accordance with generally accepted accounting principles in the United States (GAAP) and should not be considered in isolation from or as a replacement for the most directly comparable GAAP financial measures. This income statement is for illustrative purposes only and is not intended to represent the taxable income to the receivership estate.

[2] Fees and expenses to be requested from the Court in the Fourth Quarter 2024 Fee Application, pending approval or modification by the Court.

[3] See 2022 Income Statement, Dkt. 192 Ex. 2. The net encumbrance removed was $590,214.

**Receivership Estate of EminiFX and Alexandre (22 Civ. 3822): 2024 Annual Statement of Cash Flows**

|  | 2024 (Year) | 2024 (4Q Only) | 2023 (Year) |
|---|---:|---:|---:|
| **Cash on Hand at Beginning of Period [1]** | $ 154,140,070 | $ 152,883,986 | $ 62,992,400 |
| **Asset Turnovers and Liquidations** | | | |
| Liquidation of Digital Assets | $ (251,555) | $ - | $ 90,090,628 |
| Cash Recoveries | $ 2,880 | $ - | $ - |
| Liquidation of Vehicles | $ (5,000) | $ - | $ - |
| **Total Cash Flow from Asset Turnovers and Liquidations** | $ (253,675) | $ - | $ 90,090,628 |
| **Receivership Activites** | | | |
| Interest | $ 4,596,375 | $ 1,034,441 | $ 4,197,691 |
| Real Estate Recoveries | $ - | $ - | $ 82,000 |
| Other Recoveries | $ - | $ - | $ 20,100 |
| Professional Fees and Expenses [2] | $ (6,417,284) | $ (2,102,216) | $ (3,220,014) |
| Recapture of Payroll Reserve | $ 76,709 | $ - | $ - |
| Claims Paid - Partial Refunds of Security Deposits | $ (250,876) | $ - | $ - |
| Notice Expenses | $ (50,000) | $ - | $ - |
| Tax Prepayments and Refunds | $ (24,918) | $ 82 | |
| Other Expenses | $ (3,608) | $ (3,500) | $ (6,360) |
| **Total Cash Flow from Receivership Activities** | $ (2,073,602) | $ (1,071,193) | $ 1,073,417 |
| **Claims Paid** | | | |
| Non User Claims Paid | | | $ (16,375) |
| **Total Cash Flow from Claims Paid** | $ - | $ - | $ (16,375) |
| **Cash and Cash Equivalents at the End of the Period** | $ 151,812,793 | $ 151,812,793 | $ 154,140,070 |

**Notes**

[1] Cash flows from October 1 to December 31, 2024 (4Q Only), or from January 1 to December 31, 2024 (Year).  These statements are unaudited and not in accordance with generally accepted accounting principles in the United States (GAAP) and should not be considered in isolation from or as a replacement for the most directly comparable GAAP financial measures.

[2] Fees paid in the Fourth Quarter 2024 were for work performed in the Third Quarter 2024, and were approved by the Court in the Fourth Quarter 2024.   Fees paid during 2024 were for work performed from October 1, 2023 to September 30, 2024.