UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING COMMISSION

(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 3822 ( )( )

-against-

**NOTICE OF APPEAL**

EDDY ALEXANDRE AND EMINIFX, INC

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: PIERRE ACLUCHE

SIMONE ZEPHYR

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  *☒ order  entered on: 01/30/25

(date that judgment or order was entered on docket)

that: The trial court erred in denying Appellant's Motion to Intervene because: (1) Significant Interest Not Adequately Represented, (2) Impairment of Interest, (3) Timeliness of Motion.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

02/20/25

Dated

*Signature*

ACLUCHE, PIERRE, M.

Name (Last, First, MI)

905 Hines Ave        Lehigh Acres        Florida        33972

Address              City                State          Zip Code

(239) 297-6209                           pmacluche@gmail.com

Telephone Number                         E-mail Address (if available)