**MEMO ENDORSED**



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

EDDY ALEXANDRE and
EMINIFX, INC.,

    Respondents.
────────────────────────────────x

New York, N.Y.

Case No. 22-cv-3822 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025

## MOTION FOR LEAVE TO PROCEED ON INTERLOCUTORY APPEL IN FORMA PAUPERIS

    Eddy Alexandre, ("Petitioner", "Respondent"), pro se, respectfully moves this honorable court for leave to proceed on appeal through in forma pauperis status from the order entered on February 3, 2025, (Dkt. 447) to GRANT the appeal (Dkt. 431) of the January 21, 2025 Order Opposition to the Motion to approve the Receiver's Distribution Plan, (Dkt. 394), noting that the notice of appeal was correctly filed with the District Court, without prepayment of costs, fees or giving security therefore.

    An affidavit in support of this motion to proceed on interlocutory appeal in forma pauperis is attached hereto, and made part of this motion by reference herein.

                                            Respectfully submitted,

Dated on February 10, 2025

                                            /S/ Eddy Alexandre

                                            Eddy Alexandre, pro se
                                            Reg. No.: 00712-510
                                            ex-CEO, Founder of EminiFX
                                            FCC Allenwood Low
                                            P.O. Box 1000
                                            White Deer, PA 17887

enclosure

Application DENIED. Given the lack of legal authority for Mr. Alexandre's proposed appeal (as set forth both in this submission and in the Motion for Reconsideration, Dkt. 453), the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that this appeal is not taken in good faith.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Alexandre and to note the mailing on the docket.

SO ORDERED.

*[signature]*   2/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE