**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | 22 Civ. 3822 (VEC) |
| -against- | |
| EDDY ALEXANDRE and EMINIFX, INC., | |
| Defendants. | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Elizabeth A. Capeto, depose and say that I am employed by Stretto, Inc., the claims and noticing agent in the above-captioned case.

On August 20, 2025, at my direction and under my supervision, employees of Stretto caused the:

- **Email re: EminiFX Resolutions** (a true and correct copy of which is attached hereto as Exhibit A) to be served via electronic mail on the service list attached hereto as Exhibit B; and

- **Email re**: **EminiFX Unresolved Objections** (a true and correct copy of which is attached hereto as Exhibit C) to be served via electronic mail on the service list attached hereto as Exhibit D..

Dated: August 21, 2025

*Elizabeth Capeto*
Elizabeth A. Capeto

State of Colorado,
County of Arapahoe

Subscribed and sworn to (or affirmed) before me on this 21st day of August 2025, by Elizabeth A. Capeto proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**

2

Dear User:

On August 19, 2025, the Court ordered that users whose transactions were submitted to the court for resolution may submit an additional reply to the Receiver's determination by **Tuesday, September 9, 2025**. A copy of the Court's order may be found on the public docket, which is available at the Receiver's website at docket number 517.

You are receiving this email because one or more of your user transactions were submitted to the Court.  However, **your transactions have since been resolved** and you no longer have any transactions actively pending before the Court. A response is not required.

If you have any questions, you may e-mail to Stretto at EminiFX@stretto.com.

Thank you,

EminiFX Receivership Team

3

# **<u>Exhibit B</u>**

Document Ref: EZBEA-MYUUV-F6DEW-FQEJR

| Claimant ID | Email Address |
|---|---|
| 12589 | Known Claimant Email Address Redacted |
| 15682 | Known Claimant Email Address Redacted |
| 19951 | Known Claimant Email Address Redacted |
| 47328 | Known Claimant Email Address Redacted |
| Total Count - 4 | |

5

# **<u>Exhibit C</u>**

6

Dear User:

You are receiving this email because one or more of your user transactions were submitted to the Court for judicial resolution. On August 19,2025, the Court ordered that users whose transactions were submitted to the court may submit an additional response to the Receiver's determination by **Tuesday, September 9, 2025**. Responses received by that deadline will be filed with the Court shortly thereafter.

A copy of the Court's order may be found on the public docket, which is available at the Receiver's website at [docket number 517](#).

<u>Instructions for Submission of Additional Replies</u>

Any additional replies to the Receiver's proposed treatment of your transaction should be sent by e-mail to Stretto at [EminiFXResponse@stretto.com](mailto:EminiFXResponse@stretto.com) no later than **Tuesday, September 9, 2025.**

**DO NOT SUBMIT REPLIES DIRECTLY TO THE COURT.**

To see the Receiver's objection filed with the Court, please refer to the Receiver's affidavits at [docket number 497](#) and [docket number 504](#).

The easiest way to find the specific information relating to your objection is to search by your unique 5-digit user identification number.

When submitting your reply via email, **please follow these guidelines:**

- Use the subject line "**User Objection Reply**".
- Include your unique 5-digit user identification number in the e-mail. You will be identified only by that number. **Your name will not be submitted to the Court if you choose to submit a reply.**
- Your e-mailed reply – and only your e-mailed reply – will be filed with the Court. All information that you want the court to consider in your reply should be contained in the e-mail to Stretto.
- **Do not include** any personal information like names, addresses, or social security numbers. Your e-mail responses may be filed and available to the public.
- **Responses received after September 9, 2025 will not be submitted to the Court.**

Thank you,

EminiFX Receivership Team

Document Ref: EZBEA-MYUUV-F6DEW-FQEJR

# **<u>Exhibit D</u>**

8

| Claimant_ID | Email Address |
| --- | --- |
| 59488 | Known Claimant Email Address Redacted |
| 53747 | Known Claimant Email Address Redacted |
| 10868 | Known Claimant Email Address Redacted |
| 11057 | Known Claimant Email Address Redacted |
| 11236 | Known Claimant Email Address Redacted |
| 11503 | Known Claimant Email Address Redacted |
| 11551 | Known Claimant Email Address Redacted |
| 12054 | Known Claimant Email Address Redacted |
| 12275 | Known Claimant Email Address Redacted |
| 12314 | Known Claimant Email Address Redacted |
| 12318 | Known Claimant Email Address Redacted |
| 12901 | Known Claimant Email Address Redacted |
| 13089 | Known Claimant Email Address Redacted |
| 13441 | Known Claimant Email Address Redacted |
| 13507 | Known Claimant Email Address Redacted |
| 13633 | Known Claimant Email Address Redacted |
| 13652 | Known Claimant Email Address Redacted |
| 13748 | Known Claimant Email Address Redacted |
| 14441 | Known Claimant Email Address Redacted |
| 14446 | Known Claimant Email Address Redacted |
| 14925 | Known Claimant Email Address Redacted |
| 15607 | Known Claimant Email Address Redacted |
| 17212 | Known Claimant Email Address Redacted |
| 17368 | Known Claimant Email Address Redacted |
| 17683 | Known Claimant Email Address Redacted |
| 18153 | Known Claimant Email Address Redacted |
| 18534 | Known Claimant Email Address Redacted |
| 18588 | Known Claimant Email Address Redacted |
| 18695 | Known Claimant Email Address Redacted |
| 18697 | Known Claimant Email Address Redacted |
| 19544 | Known Claimant Email Address Redacted |
| 20075 | Known Claimant Email Address Redacted |
| 20151 | Known Claimant Email Address Redacted |
| 20320 | Known Claimant Email Address Redacted |
| 20529 | Known Claimant Email Address Redacted |
| 21161 | Known Claimant Email Address Redacted |
| 21468 | Known Claimant Email Address Redacted |
| 21775 | Known Claimant Email Address Redacted |

Document Ref: EZBEA-MYUUV-F6DEW-FQEJR

| | |
|---|---|
| 21852 | Known Claimant Email Address Redacted |
| 21868 | Known Claimant Email Address Redacted |
| 22031 | Known Claimant Email Address Redacted |
| 22066 | Known Claimant Email Address Redacted |
| 22121 | Known Claimant Email Address Redacted |
| 22481 | Known Claimant Email Address Redacted |
| 22557 | Known Claimant Email Address Redacted |
| 22615 | Known Claimant Email Address Redacted |
| 22688 | Known Claimant Email Address Redacted |
| 22704 | Known Claimant Email Address Redacted |
| 23711 | Known Claimant Email Address Redacted |
| 24016 | Known Claimant Email Address Redacted |
| 24206 | Known Claimant Email Address Redacted |
| 24383 | Known Claimant Email Address Redacted |
| 24394 | Known Claimant Email Address Redacted |
| 24485 | Known Claimant Email Address Redacted |
| 24702 | Known Claimant Email Address Redacted |
| 24765 | Known Claimant Email Address Redacted |
| 24953 | Known Claimant Email Address Redacted |
| 25349 | Known Claimant Email Address Redacted |
| 26768 | Known Claimant Email Address Redacted |
| 26779 | Known Claimant Email Address Redacted |
| 27282 | Known Claimant Email Address Redacted |
| 27695 | Known Claimant Email Address Redacted |
| 27698 | Known Claimant Email Address Redacted |
| 27987 | Known Claimant Email Address Redacted |
| 28471 | Known Claimant Email Address Redacted |
| 28581 | Known Claimant Email Address Redacted |
| 28926 | Known Claimant Email Address Redacted |
| 29114 | Known Claimant Email Address Redacted |
| 29588 | Known Claimant Email Address Redacted |
| 29625 | Known Claimant Email Address Redacted |
| 29682 | Known Claimant Email Address Redacted |
| 30110 | Known Claimant Email Address Redacted |
| 30182 | Known Claimant Email Address Redacted |
| 30511 | Known Claimant Email Address Redacted |
| 30603 | Known Claimant Email Address Redacted |
| 30639 | Known Claimant Email Address Redacted |
| 30702 | Known Claimant Email Address Redacted |
| 30858 | Known Claimant Email Address Redacted |
| 31009 | Known Claimant Email Address Redacted |

10

| | |
|---|---|
| 31131 | Known Claimant Email Address Redacted |
| 31132 | Known Claimant Email Address Redacted |
| 31233 | Known Claimant Email Address Redacted |
| 31456 | Known Claimant Email Address Redacted |
| 31564 | Known Claimant Email Address Redacted |
| 31867 | Known Claimant Email Address Redacted |
| 32179 | Known Claimant Email Address Redacted |
| 32487 | Known Claimant Email Address Redacted |
| 32661 | Known Claimant Email Address Redacted |
| 32689 | Known Claimant Email Address Redacted |
| 32703 | Known Claimant Email Address Redacted |
| 32722 | Known Claimant Email Address Redacted |
| 32860 | Known Claimant Email Address Redacted |
| 32883 | Known Claimant Email Address Redacted |
| 32994 | Known Claimant Email Address Redacted |
| 33122 | Known Claimant Email Address Redacted |
| 33171 | Known Claimant Email Address Redacted |
| 33419 | Known Claimant Email Address Redacted |
| 33439 | Known Claimant Email Address Redacted |
| 33603 | Known Claimant Email Address Redacted |
| 33679 | Known Claimant Email Address Redacted |
| 33827 | Known Claimant Email Address Redacted |
| 34112 | Known Claimant Email Address Redacted |
| 34347 | Known Claimant Email Address Redacted |
| 34554 | Known Claimant Email Address Redacted |
| 34673 | Known Claimant Email Address Redacted |
| 34674 | Known Claimant Email Address Redacted |
| 34962 | Known Claimant Email Address Redacted |
| 35023 | Known Claimant Email Address Redacted |
| 35119 | Known Claimant Email Address Redacted |
| 35201 | Known Claimant Email Address Redacted |
| 35394 | Known Claimant Email Address Redacted |
| 36267 | Known Claimant Email Address Redacted |
| 36514 | Known Claimant Email Address Redacted |
| 36665 | Known Claimant Email Address Redacted |
| 36925 | Known Claimant Email Address Redacted |
| 36967 | Known Claimant Email Address Redacted |
| 37560 | Known Claimant Email Address Redacted |
| 38276 | Known Claimant Email Address Redacted |
| 38738 | Known Claimant Email Address Redacted |
| 39104 | Known Claimant Email Address Redacted |

Document Ref: EZBEA-MYUUV-F6DEW-FQEJR

| | |
|---|---|
| 39275 | Known Claimant Email Address Redacted |
| 39343 | Known Claimant Email Address Redacted |
| 39430 | Known Claimant Email Address Redacted |
| 39529 | Known Claimant Email Address Redacted |
| 39590 | Known Claimant Email Address Redacted |
| 39704 | Known Claimant Email Address Redacted |
| 40085 | Known Claimant Email Address Redacted |
| 40159 | Known Claimant Email Address Redacted |
| 40277 | Known Claimant Email Address Redacted |
| 40432 | Known Claimant Email Address Redacted |
| 40573 | Known Claimant Email Address Redacted |
| 40988 | Known Claimant Email Address Redacted |
| 41127 | Known Claimant Email Address Redacted |
| 41500 | Known Claimant Email Address Redacted |
| 41560 | Known Claimant Email Address Redacted |
| 41568 | Known Claimant Email Address Redacted |
| 42096 | Known Claimant Email Address Redacted |
| 42114 | Known Claimant Email Address Redacted |
| 43051 | Known Claimant Email Address Redacted |
| 43248 | Known Claimant Email Address Redacted |
| 43325 | Known Claimant Email Address Redacted |
| 44101 | Known Claimant Email Address Redacted |
| 44235 | Known Claimant Email Address Redacted |
| 44317 | Known Claimant Email Address Redacted |
| 44894 | Known Claimant Email Address Redacted |
| 45357 | Known Claimant Email Address Redacted |
| 45655 | Known Claimant Email Address Redacted |
| 45932 | Known Claimant Email Address Redacted |
| 46343 | Known Claimant Email Address Redacted |
| 47124 | Known Claimant Email Address Redacted |
| 47462 | Known Claimant Email Address Redacted |
| 47728 | Known Claimant Email Address Redacted |
| 47862 | Known Claimant Email Address Redacted |
| 47894 | Known Claimant Email Address Redacted |
| 48407 | Known Claimant Email Address Redacted |
| 48908 | Known Claimant Email Address Redacted |
| 48969 | Known Claimant Email Address Redacted |
| 48971 | Known Claimant Email Address Redacted |
| 49212 | Known Claimant Email Address Redacted |
| 49504 | Known Claimant Email Address Redacted |
| 49903 | Known Claimant Email Address Redacted |

12

| | |
|---|---|
| 50167 | Known Claimant Email Address Redacted |
| 50174 | Known Claimant Email Address Redacted |
| 50175 | Known Claimant Email Address Redacted |
| 50248 | Known Claimant Email Address Redacted |
| 50372 | Known Claimant Email Address Redacted |
| 50582 | Known Claimant Email Address Redacted |
| 50650 | Known Claimant Email Address Redacted |
| 50982 | Known Claimant Email Address Redacted |
| 51243 | Known Claimant Email Address Redacted |
| 51260 | Known Claimant Email Address Redacted |
| 51463 | Known Claimant Email Address Redacted |
| 51747 | Known Claimant Email Address Redacted |
| 51931 | Known Claimant Email Address Redacted |
| 52380 | Known Claimant Email Address Redacted |
| 52520 | Known Claimant Email Address Redacted |
| 52837 | Known Claimant Email Address Redacted |
| 53094 | Known Claimant Email Address Redacted |
| 53397 | Known Claimant Email Address Redacted |
| 53531 | Known Claimant Email Address Redacted |
| 53543 | Known Claimant Email Address Redacted |
| 54055 | Known Claimant Email Address Redacted |
| 54058 | Known Claimant Email Address Redacted |
| 54181 | Known Claimant Email Address Redacted |
| 54296 | Known Claimant Email Address Redacted |
| 54500 | Known Claimant Email Address Redacted |
| 54591 | Known Claimant Email Address Redacted |
| 54734 | Known Claimant Email Address Redacted |
| 55339 | Known Claimant Email Address Redacted |
| 55423 | Known Claimant Email Address Redacted |
| 55556 | Known Claimant Email Address Redacted |
| 55580 | Known Claimant Email Address Redacted |
| 55615 | Known Claimant Email Address Redacted |
| 55951 | Known Claimant Email Address Redacted |
| 56758 | Known Claimant Email Address Redacted |
| 57096 | Known Claimant Email Address Redacted |
| 57473 | Known Claimant Email Address Redacted |
| 57691 | Known Claimant Email Address Redacted |
| 58028 | Known Claimant Email Address Redacted |
| 58195 | Known Claimant Email Address Redacted |
| 58319 | Known Claimant Email Address Redacted |
| 59278 | Known Claimant Email Address Redacted |

13

| | |
|---|---|
| 59335 | Known Claimant Email Address Redacted |
| 59422 | Known Claimant Email Address Redacted |
| 59547 | Known Claimant Email Address Redacted |
| 59649 | Known Claimant Email Address Redacted |
| 60147 | Known Claimant Email Address Redacted |
| 60204 | Known Claimant Email Address Redacted |
| 60469 | Known Claimant Email Address Redacted |
| 60531 | Known Claimant Email Address Redacted |
| 60545 | Known Claimant Email Address Redacted |
| 60625 | Known Claimant Email Address Redacted |
| 60723 | Known Claimant Email Address Redacted |
| 60976 | Known Claimant Email Address Redacted |
| 61167 | Known Claimant Email Address Redacted |
| 61313 | Known Claimant Email Address Redacted |
| 61363 | Known Claimant Email Address Redacted |
| 61544 | Known Claimant Email Address Redacted |
| 61549 | Known Claimant Email Address Redacted |
| 61732 | Known Claimant Email Address Redacted |
| 62188 | Known Claimant Email Address Redacted |
| 62471 | Known Claimant Email Address Redacted |
| 62479 | Known Claimant Email Address Redacted |
| 62891 | Known Claimant Email Address Redacted |
| 63017 | Known Claimant Email Address Redacted |
| 63081 | Known Claimant Email Address Redacted |
| 63808 | Known Claimant Email Address Redacted |
| 63912 | Known Claimant Email Address Redacted |
| 63968 | Known Claimant Email Address Redacted |
| 63981 | Known Claimant Email Address Redacted |
| 64229 | Known Claimant Email Address Redacted |
| 64722 | Known Claimant Email Address Redacted |
| 64972 | Known Claimant Email Address Redacted |
| 64997 | Known Claimant Email Address Redacted |
| 65058 | Known Claimant Email Address Redacted |
| 65129 | Known Claimant Email Address Redacted |
| 65250 | Known Claimant Email Address Redacted |
| 65521 | Known Claimant Email Address Redacted |
| 65765 | Known Claimant Email Address Redacted |
| 66305 | Known Claimant Email Address Redacted |
| 66491 | Known Claimant Email Address Redacted |
| 66712 | Known Claimant Email Address Redacted |
| 66844 | Known Claimant Email Address Redacted |

14

| 67126 | Known Claimant Email Address Redacted |
|---|---|
| 67323 | Known Claimant Email Address Redacted |
| 67484 | Known Claimant Email Address Redacted |
| 67603 | Known Claimant Email Address Redacted |
| 67989 | Known Claimant Email Address Redacted |
| 68022 | Known Claimant Email Address Redacted |
| 68256 | Known Claimant Email Address Redacted |
| 68691 | Known Claimant Email Address Redacted |
| 68721 | Known Claimant Email Address Redacted |
| 68787 | Known Claimant Email Address Redacted |
| 69024 | Known Claimant Email Address Redacted |
| 69165 | Known Claimant Email Address Redacted |
| 69235 | Known Claimant Email Address Redacted |
| 69535 | Known Claimant Email Address Redacted |
| 70890 | Known Claimant Email Address Redacted |
| 71494 | Known Claimant Email Address Redacted |
| 71918 | Known Claimant Email Address Redacted |
| 72222 | Known Claimant Email Address Redacted |
| 72255 | Known Claimant Email Address Redacted |
| 72797 | Known Claimant Email Address Redacted |
| 72591 | Known Claimant Email Address Redacted |
|  | **Total Count - 264** |

15

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
EZBEA-MYUUV-F6DEW-FQEJR

DOCUMENT NOTARIZED ONLINE USING AUDIO-VIDEO COMMUNICATION ON
21 AUG 2025 19:40:12 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|

**ELIZABETH CAPETO**

EMAIL
ELIZABETH.CAPETO@STRETTO.COM

SENT
21 AUG 2025 19:39:43 UTC

VIEWED
21 AUG 2025 19:39:46 UTC

SIGNED
21 AUG 2025 19:39:58 UTC

*Elizabeth Capeto*

IP ADDRESS
134.16.111.73

LOCATION
REDDING, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
21 AUG 2025 19:39:46 UTC

PERSONALLY KNOWN
21 AUG 2025 19:39:12 UTC

**DANIELLE HARNDEN**

EMAIL
DANIELLE.HARNDEN@STRETTO.COM

SENT
21 AUG 2025 19:39:43 UTC

VIEWED
21 AUG 2025 19:40:01 UTC

SIGNED
21 AUG 2025 19:40:12 UTC

*Danielle Harnden*

IP ADDRESS
24.9.222.94

LOCATION
AURORA, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
21 AUG 2025 19:40:01 UTC



**Signed with PandaDoc**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2025, I electronically filed the above affidavit of service ("Affidavit") with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.  I also caused to be served a copy of the Affidavit on Defendant Eddy Alexandre by U.S. mail to Eddy Alexandre, Reg. No. 00712-51, FCC Allenwood-Low, P.O. Box 1000, White Deer, PA 17887.

Dated: New York, New York
      August 21, 2025

                                                */s/ Michael R. Maizel*
                                                Michael R. Maizel