UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION

                       Plaintiff,                                         22 **CIVIL** 3822 (VEC)

         -against-                                               **JUDGMENT**

EDDY ALEXANDRE and EMINIFX, INC.

                      Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 19, 2025, the CFTC's Motion for Summary Judgment is GRANTED. Defendants Alexandre and EminiFX are jointly and severally liable to pay restitution in the total amount of $228,576,962. Defendant Alexandre is liable to pay disgorgement in the amount of $15,049,500. Any amount Alexandre pays toward restitution shall offset his disgorgement obligation. Because the Receiver's distributions are ongoing, this case will remain OPEN.

**Dated:** New York, New York

      August 27, 2025

                                                                **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                          **BY:**

                                                                 **Deputy Clerk**