IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

   COMMODITIES FUTURES TRADING
   COMMISSION,
        Plaintiff,                  NEW YORK, N.Y.
        v.
                                         Case No. 22-CV-3822(VEC)
   EDDY ALEXANDRE and
   EMINIFX, INC.,
        Respondents.

———————————————————————X

## NOTICE OF APPEAL

    Notice is hereby given that Eddy Alexandre, (hereinafter, "Mr. Alexandre"), Appellant-Respondent proceeding pro se, hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders of the United States District Court for the Southern District of New York.

    1- Order Granting CFTC's Motion for Summary Judgment, Dkt# 515 dated August 19, 2025;

    2- Order Granting Receiver's Motion to Compel, Dkt# 516, dated August 19, 2025.

This appeal is based on a belief that the aforementioned orders are in violation of the Appellant's rights under the 4th, 5th, 7th, and 14th Amendments to the United States Constitution, and on grounds that the judicial decisions involved raised significant concerns regarding the integrity of the justice system, whereby trial judges are perceived to favor government interests to the detriment of individual rights.

Mr. Alexandre have attached an emergency motion to stay all execution of these orders until resolution in the Appellate Court to ensure a fair and just outcome. This Notice of Appeal is submitted as a matter of right, done in good faith to address the abuse of discretion and plain and clear errors of Judge Caproni in this action.

Mr. Alexandre contends that Judge Caproni is making factual determination on constitutionally disputed facts in an attempt to short-circuit the process and avoid a fair and just jury trial as required by the U.S. Constitution. See SEC v. Jarkesy, 603 U.S. S.Ct. 219 L.Ed. 650 US, 2024 (quotation marks and citation omitted.)

Dated on August 21, 2025

Respectfully submitted,

/S/ Eddy Alexandre

Eddy Alexandre, pro se
Reg. No.: 00712-510
Former CEO & Founder of EminiFX
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

enclosure: Emergency Motion to Stay pending resolution of appellate process



RECEIVED AUG 25 2025 CLERK'S OFFICE S.D.N.Y.

Appeals

⇔ 0C712-510 ⇔
The Clerk Of Court
US DIST Court-Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

Alexandre
00712-510
K-1000
enwood LSCI
MEER, PA 17887
States