RECEIVED AUG 2 6 2025 PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

    COMMODITIES FUTURES TRADING
    COMMISSION,

        Plaintiff,           NEW YORK, N.Y.

        v.

                            Case No.: 22-CV-3822(VEC)

    EDDY ALEXANDRE and
    EMINIFX, INC.,

        Respondents.
_____X


EMERGENCY MOTION TO STAY

    Eddy Alexandre, (hereinafter, "Mr. Alexandre"), Petitioner proceeding pro se, respectfully moves this Honorable Court for an emergency stay pending appeal of the Court's orders Dkt# 515 and Dkt#516.

GROUNDS FOR EMERGENCY MOTION TO STAY

1- Likelihood of Success on the Merits
    Petitioner has a strong likelihood of success on appeal as the rulings by the Court fundamentally violate constitutional protections and raise serious questions about the fairness of the legal process.

2- Irreparable Harm
    Without a stay, Petitioner faces irreparable harm, as the Court's orders effectively strip away rights, property, and impose severe consequences in a matter exceeding $100 million, depriving Petitioner of a fair trial and due process.

3- Injury to Other Parties
    The public interest in maintaining the integrity and fairness of judicial proceedings outweighs any potential harm to the Plaintiff,

the CFTC. A stay will ensure that the judicial process is not unduly rushed, allowing appellate review.

4- Public Interest

The principles of justice and fair representation in court require that this case and its serious implications be resolved through a thorough appellate review, rather than through expedited proceedings in the District Court sham process that have disregarded individuals rights to favor the government interests due to preconceived bias.

WHEREFORE, Mr. Alexandre respectfully requests that this Court Grant the emergency motion to stay the aforementioned orders Dkts # 515 & 516 pending appeal, and provide any additional relief deemed appropriate by this Court.

Dated on August 21, 2025

Respectfully submitted,

/S/ Eddy Alexandre

Eddy Alexandre, pro se
Reg. No.: 00712-510
Former CEO & Founder of EminiFX
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDDY ALEXANDRE and EMINIFX, INC., <br><br> Defendants. | Case No.: 22-cv-3822 <br><br> Judge Caproni |

CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury, pursuant to 28 U.S.C § 1746; 18 U.S.C § 1621, that on this date I caused a true and complete copy of the attached Notice of Appeal and Emergency Motion to Stay Execution of Orders Dkts 515 & 516.

to be served, in placing same in a sealed envelope and routing it for mailing via First-class United States mail service, with postage thereon fully prepaid, and depositing same in this institution's internal mail system. I am an inmate confined in an institution. The FCC Allenwood-Low has a system designated for legal mail.

A true copy thereof was served upon the following interested party/ies:

1- Clerk of Court US SDNY US Courthouse 500 Pearl Street New York, NY 10007-1312

2- Daniel C. Jordan, CFTC 1155 21st Street NW Washington, DC 20581

3- David Castleman as Court-Appt'd Receiver 230 Park Ave New York, NY 10169

4- Notice to EminiFX c/o Otterbourg, P.C. 230 Park Ave New York, NY 10169

5-

6-

7-

DATED: 8/21/2025

Eddy Alexandre, pro se
Reg. No.: 00712-510
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887



⇔00712-510⇔
Mr Eddy Alexandre
Reg. No.: 00712-510
PO BOX -1000
FCC Allenwood LSCI
White DEER, PA 17887
United States

⇔00712-510⇔
The Clerk Of Court
US DIST Court-Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

RECEIVED
AUG 25 2025
CLERK'S OFFICE
S.D.N.Y.

Appeals