UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EDDY ALEXANDRE and EMINIFX, INC.**<br><br>**Defendants.** | Case No.: 22-cv-3822 (VEC) |

## [PROPOSED] ORDER GRANTING
## CFTC'S UNOPPOSED MOTION FOR STAY OF DEADLINES

This matter is before the Court on Plaintiff Commodity Futures Trading Commission's (CFTC) Unopposed Motion for Stay of Deadlines ("Motion") in this action during the current government shutdown (ECF No. 530). It is hereby:

ORDERED that the CFTC's Motion is GRANTED and the deadlines in this action are STAYED until further order of the Court. Upon reinstatement of the employment status of CFTC counsel, the CFTC shall promptly seek to lift the stay.

IT IS SO ORDERED.

Dated this 2nd day of October, 2025.

_____
**VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**