# MANDATE

S.D.N.Y. – N.Y.C.
22-cv-3822
Caproni, J.

## United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-five.

Present:
> Eunice C. Lee,
> Beth Robinson,
> Myrna Pérez,
> > *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 28, 2025
```

---

Commodity Futures Trading Commission,

> *Plaintiff-Appellee*,

David A. Castleman, Temporary Receiver,

> *Receiver-Appellee*,

United States of America,

> *Intervenor*,
v.

Eddy Alexandre,

> *Defendant-Appellant*,

Eminifx Inc.,

> *Defendant*.

25-950 (L);
25-1278 (Con)

---

Appellee moves to dismiss the appeal in No. 25-950 for lack of jurisdiction and to dismiss the appeal in No. 25-1278 in part for lack of jurisdiction and in part as frivolous. Appellant, proceeding *pro se*, moves for *in forma pauperis* status in the lead appeal and for this Court to accept his untimely opposition to Appellee's motion.

**MANDATE ISSUED ON 10/28/2025**

Upon due consideration, it is hereby ORDERED that Appellant's motion to accept his untimely-filed opposition is GRANTED. However, this Court has determined that it lacks jurisdiction over the consolidated appeals because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Accordingly, it is further ORDERED that Appellee's motions are GRANTED and the appeals are DISMISSED. It is further ORDERED that Appellant's motion for *in forma pauperis* status is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit