**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

v.

**EDDY ALEXANDRE and EMINIFX, INC.**

**Defendants.**

Case No.: 22-cv-3822 (VEC)

---

### PLAINTIFF CFTC'S UNOPPOSED MOTION TO LIFT STAY OF DEADLINES

Pursuant to the Court's October 2, 2025 order (ECF No. 531) staying deadlines in this matter, Plaintiff Commodity Futures Trading Commission (CFTC) hereby requests the Court to lift the stay of deadlines in this action because the Federal Government reopened on November 13, 2025.

In addition, the CFTC requests the Court to set a deadline of December 1, 2025 for the filing of any papers by the CFTC in response to Defendant's Motion for Reconsideration and Opposition to CFTC's Request for Supplemental Order (ECF No. 547) and Request for Judicial Notice (ECF No. 548), which were filed on October 31, 2025 during the pendency of the stay.

Counsel for CFTC certifies that they conferred with Defendant Alexandre who stated he does not oppose the relief requested in this motion.  *See* Exhibit 1.

1

Dated:  November 17, 2025						Respectfully submitted,

/s/Daniel C. Jordan

Daniel C. Jordan (admitted pro hac vice)
VA Bar No. 36382
1155 21st Street NW
Washington, DC 20581
(202) 418-5339
djordan@cftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on today's date I caused a copy of the foregoing PLAINTIFF CFTC'S UNOPPOSED MOTION TO LIFT STAY OF DEADLINES to be served via ECF on all parties of record.

The document was also served upon Eddy Alexandre via U.S. Mail at the following address:

Eddy Alexandre
Reg. No. 00712-510
FC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

/s/ Daniel C. Jordan
Daniel C. Jordan

Application GRANTED. The stay is LIFTED. The deadline for the CFTC to respond to Defendant's Motion for Reconsideration and Opposition to CFTC's Request for Supplemental Order, Dkt. 547, and Request for Judicial Notice, Dkt. 548, is **December 1, 2025**. The deadline for any party to respond to the Receiver's Motion for Approval of a Proposed Process for the Protection of Privileged Materials, Dkt. 536, is **December 1, 2025**.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Alexandre.

SO ORDERED.

*[Signature]* 11/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE