UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

EDDY ALEXANDRE and
EMINIFX, INC.,

    Defendants.

Case No.: 22-cv-3822

Judge Caproni



DEFENDANT EDDY ALEXANDRE'S REQUEST FOR JUDICIAL NOTICE
PURSUANT TO FEDERAL RULE OF EVIDENCE

## I. NATURE AND SCOPE OF REQUEST

Pursuant to Federal Rule of Evidence 201, Defendant Eddy Alexandre (hereinafter "Mr. Alexandre"), pro se, respectfully requests that the Court take judicial notice of discrete, undisputed facts reflected in public congressional records concerning the timing of legislative action related to regulation of digital assets.

This Request is limited to historical facts concerning the existence and timing of congressional proceedings. Defendant does not request judicial notice of any legal conclusions, policy rationales, agency authority, or the merits or necessity of any legislation.

## II. FACTS REQUESTED FOR JUDICIAL NOTICE

Mr. Alexandre requests judicial notice of the following facts, each of which is capable of accurate and ready determination from public records whose accuracy cannot reasonably be questioned:

1. As of May 2022, when this enforcement action was commenced, Congress had not enacted a statute expressly establishing a comprehensive regulatory framework governing spot markets for digital assets.

2. On January 29, 2026, the United States Senate Committee on Agriculture, Nutrition, and Forestry voted to advance legislation addressing

regulatory responsibilities to the Commodity Futures Trading Commission.
3. As of the committee vote, the legislation had not been enacted into law and remained subject to further congressional action.

Mr. Alexandre seeks notice only of the existence and timing of these legislative facts.

III. BASIS FOR JUDICIAL NOTICE

Federal Rule of Evidence 201 permits judicial notice of adjudicative facts that are not subject to reasonable dispute because they are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Courts routinely take judicial notice of:

- the content and timing of enacted statutes;
- congressional proceedings; and
- the advancement of legislation through committee,

for purposes of establishing historical context, without resolving legal questions or adopting legislative positions.

IV. LIMITED PURPOSE AND RELEVANCE

The requested notice is offered solely to establish temporal and contextual background relevant to issues presented in this action. Mr. Alexandre does not contend that subsequent legislative activity alters the law applicable to this case or determines any ultimate legal issue.

The Court remains free to assign whatever weight, if any, it deems appropriate to the noticed facts.

V. ALTERNATIVE LIMITED REQUEST

If the Court determines that any portion of the foregoing request exceeds the proper scope of Rule 201, Mr. Alexandre respectfully requests, in the alternative, that the Court take judicial notice solely for the following fact:

> That on January 29, 2026, the Senate Committee on Agriculture, Nutrition, and Forestry voted to advance legislation addressing regulation of digital assets.

WHEREFORE, for the foregoing reasons, Mr. Alexandre respectfully requests that the Court take judicial notice of the foregoing facts pursuant to Federal Rule of Evidence 201.

Dated: February 5, 2026

                                Respectfully submitted,

                                /S/ Eddy Alexandre
                                --------------------------------
                                Eddy Alexandre, pro se
                                Former CEO & Founder of EminiFX
                                Reg. No. 00712-510
                                FCC Allenwood LSCI
                                P.O. Box 1000
                                White Deer, PA 17887

enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

v.

EDDY ALEXANDRE and
EMINIFX, INC.,

Defendants.

Case No.: 22-cv-3822

Judge Caproni

CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury, pursuant to 28 U.S.C § 1746; 18 U.S.C § 1621, that on this date I caused a true and complete copy of the attached <u>Defendant Eddy Alexandre's Request for judicial notice pursuant to Federal Rule of Evidence 201</u> to be served, in placing same in a sealed envelope and routing it for mailing via First-class United States mail service, with postage thereon fully prepaid, and depositing same in this institution's internal mail system. I am an inmate confined in an institution. The FCC Allenwood-Low has a system designated for legal mail.

A true copy thereof was served upon the following interested party/ies:

1- Clerk of Court US SDNY US Courthouse 500 Pearl Street New York, NY 10007-1312

2- Daniel C. Jordan Chief Trial Att'y CFTC 1155 21st Street NW Washington, DC 20581

3- David Castleman as Court-Appt'd Receiver 230 Park Ave New York, NY 10169

4- Notice to EminiFX c/o Otterbourg, P.C. 230 Park Ave New York, NY 10169

5- 

6- 

7- 

DATED: 2 / 5 /2026

/S/ Eddy Alexandre
Eddy Alexandre, pro se
Reg. No.: 00712-510
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

# Exhibit A

https://www.cnbc.com/amp/2026/01/29/senate-ag-committee-advances-crypto-bill-to-establish-cftc-regulatory-authority.html

POLITICS
Senate panel passes crypto CFTC regulation bill
PUBLISHED THU, JAN 29 2026 1:03 PM EST
UPDATED 12 MIN AGO
Talia Kaplan
@TALIAKAPLAN
WATCH LIVE
KEY POINTS
The Senate Agriculture Committee on Thursday voted to advance its version of a crypto market structure bill in a party-line vote.
The development marks the first time crypto market structure legislation advanced beyond a Senate committee. The next step is for the Senate Banking Committee to hold a hearing on its version of crypto market structure.
The two measures would need to combine before advancing to the Senate floor.
U.S. Senator John Boozman (R-AR) speaks on the day Brian Quintenz, U.S. President Donald Trump's nominee to lead the Commodity Futures Trading Commission (CFTC) testifies before a Senate Agriculture, Nutrition and Forestry Committee confirmation hearing on Capitol Hill in Washington, D.C., U.S., June 10, 2025.
U.S. Senator John Boozman (R-AR) speaks on the day Brian Quintenz, U.S. President Donald Trump's nominee to lead the Commodity Futures Trading Commission (CFTC) testifies before a Senate Agriculture, Nutrition and Forestry Committee confirmation hearing on Capitol Hill in Washington, D.C., U.S., June 10, 2025.
Annabelle Gordon | Reuters
The U.S. Senate Agriculture Committee voted along party lines Thursday to advance its version of a cryptocurrency market structure bill to create CFTC regulatory authority over digital commodities, a major development for digital asset regulation.

The Digital Commodity Intermediaries Act advanced on a party line-vote with 12 Republicans voting "yes" and 11 Democrats voting "no." The vote is notable because it marks the first time a crypto market structure bill has advanced beyond a Senate committee. The Senate Banking Committee would also need to approve its version of a crypto market structure bill before the two measures could combine and advance to the full Senate.

Senate Agriculture Committee Chairman John Boozman, R-Ark., proceeded with the bill after losing bipartisan support for an earlier version. Boozman had worked with Sen. Cory Booker, D-N.J., on a draft bill last year, but Booker walked away from the version the committee voted on Thursday. However, Sen. Kirsten Gillibrand, D-N.Y., said in an interview with CNBC last week that she was "very optimistic" the Agriculture Committee would advance its measure.

The Senate Banking Committee's consideration of its version of the bill was postponed from Jan. 15 at the last minute after opposition from the crypto industry, including Coinbase. A new Banking date has not yet been set. Boozman said Thursday he looks forward to working with the Banking Committee on issues discussed in his committee. Those points include scams linked to crypto ATMs.

Boozman in a statement Thursday called the vote "a critical step toward creating clear rules for digital asset markets.." He said "there's still more work ahead," adding that he is "hopeful" the development "will build momentum in the Senate to advance this legislation."

He said the measure would establish a clear legal definition of digital commodities and would create a spot market digital commodity intermediary regulatory regime with the CFTC. He said the bill also would create consumer protections, including conflict of interest safeguards and customer disclosure requirements.

Boozman released the present version Jan.. 21 to give the Commodity Futures Trading Commission new authority to regulate digital assets. The legislation builds on the bipartisan CLARITY Act, the crypto market structure bill the House of Representatives passed last summer, and incorporates provisions negotiated with Senate Democrats as well as input received during bipartisan meetings with stakeholders, according to Boozman.

During Thursday's hearing, Booker noted that a bipartisan discussion draft was released in November and said that when he came back to Washington in January, he learned his "Republican colleagues were walking away from the bipartisan process

that produced the draft" and were also "walking away" from a lot of the points "that held our agreement together."

Booker said "the product put before us today is not the bipartisan draft that we have been working on."

"It was negotiated with two parties at the table, but it isn't in accord with the principles we laid out in November in a bipartisan way," he said. "However, despite this, I still deeply believe in the work that we've done. We've come so long."

Booker said Democratic concerns with the bill include the fact that President Donald Trump "is grifting on crypto himself," which he called "ridiculous."

He said "the president of the United States and his family have made billions of dollars off of this industry and are still trying to create a framework here without the kind of ethics that would prevent this kind of gross corruption in our country that would undermine our nation's democracy."

CNBC reached out to the White House for comment related to the concerns from Democrats tied to the president's crypto ventures, but did not immediately hear back. However, in past statements, a White House spokesperson told CNBC that "there are no conflicts of interest."

On Thursday, Democrats offered amendments that would have included banning public officials including the president from engaging in the crypto industry and addressing involvement in digital commodities from foreign adversaries. None were approved, with Boozman saying the issues are outside the Agriculture Committee's jurisdiction.

RECEIVED
SDNY PRO SE OFFICE

2026 FEB 10  AM 10: 04

00712-510
Mr Eddy Alexandre
Reg. No.: 00712-510
PO BOX -1000
FCC Allenwood LSCI
White DEER, PA 17887
United States

☆ LEGAL MAIL

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse-500 Pearl St.
New York, NY 10007



RECEIVED
FEB 10 2026
CLERK'S OFFICE
S.D.N.Y.

