UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

-against-

EDDY ALEXANDRE and EMINIFX, INC.,

Defendants.

-----------------------------------------------------------------X

22-CV-3822 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 6, 2026, Defendant Mr. Alexandre was ordered to appear before this Court on August 11, 2026, to show cause why an order should not be issued holding him in civil contempt of Court, *see* Dkt. 594.

IT IS HEREBY ORDERED that the conference currently scheduled for Tuesday, August 11, 2026, at 10:30 A.M. is ADJOURNED to **Wednesday, August 12, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 29, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**