UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>EDDY ALEXANDRE and EMINIFX, INC.,<br><br>Defendants. | 22-CV-3822 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 12, 2026, Defendant Mr. Alexandre appeared before this Court to show cause why an order should not be issued holding him in civil contempt of Court; and

WHEREAS Mr. Alexandre indicated that he understood his obligations under the Court's prior orders;

IT IS HEREBY ORDERED that Mr. Alexandre is found to be in civil contempt of Court for his refusal to obey lawful Court orders mandating the turnover of (1) the Audemars Piguet Royal Oak 41 mm Chronograph Black Men's watch and the Patek Philippe Rose Gold Nautilus watch; and (2) any relevant information pertaining to the missing cash balances and the alleged currency fraud. *See* Dkts. 56, 516.

IT IS HEREBY FURTHER ORDERED that the motion to hold Mr. Alexandre in contempt for failure to provide the password for the laptop, Dkt. 590, is held in abeyance subject to him continuing to cooperate in good faith with the Receiver's Clean Team in its attempts to recover the password for that device;

IT IS HEREBY FURTHER ORDERED that the motion to hold Mr. Alexandre in contempt for failure to provide the password for his Gmail account is held in abeyance subject to

Google's compliance with a Court Order to turn over the contents of the account to the Receiver's Clean Team;

IT IS HEREBY FURTHER ORDERED that Mr. Alexandre is remanded to the custody of MDC Brooklyn until such time that he complies with this Court's orders as referenced above. Mr. Alexandre will be summoned periodically to appear before this Court to provide updates on whether he will comply with this Court's orders and purge his contempt.

IT IS HEREBY FURTHER ORDERED that, not later than **Tuesday, August 18, 2026,** the Receiver is to submit to the Court a proposed order mandating cooperation from Google regarding access to Mr. Alexandre's Gmail account.

**SO ORDERED.**

**Date: August 13, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**