UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>EDDY ALEXANDRE and EMINIFX, INC.,<br><br>Defendants. | : | 22-CV-3822 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 17, 2026, the Receiver submitted a proposed Order directing Google LLC to produce the contents of Mr. Alexandre's Gmail account to the Clean Team, *see* Dkt. 610.

IT IS HEREBY ORDERED that the Receiver must mail a copy of the materials submitted at Dkt. 610 to Mr. Alexandre at MDC Brooklyn and further email Mr. Alexandre a copy of the text of the materials via CorrLinks.

IT IS FURTHER ORDERED that Mr. Alexandre must submit objections, if any, to the Receiver's proposed Order, *see* Dkt. 610-1, not later than **Friday, August 28, 2026**. If no objections are filed by such date, the Order will be entered by the Court.

**SO ORDERED.**

**Date: August 18, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**