UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>EDDY ALEXANDRE and EMINIFX, INC.,<br><br>Defendants. | 22-CV-3822 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Parties must appear for a status conference on **Tuesday, November 24, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 21, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**