UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, Plaintiff, -against- EDDY ALEXANDRE and EMINIFX, INC., Defendants. | 22-CV-3822 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, November 24, 2026, at 10:30 A.M. is hereby ADJOURNED to **Tuesday, November 24, 2026, at 11:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: November 17, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**